CLONEY, CRAWFORD & Co., Defendants in Error, v. LEROY CLATTERBUCK, Plaintiff in Error.

*Appeal—Transcript.*—Transcript of record not showing what was the cause of action, judgment affirmed.

*Error to Cole Circuit Court..*

*J. L. Smith,* for defendants in error.

*G. T. White,* for plaintiff in error.

BATES, Judge, delivered the opinion of the court.

This suit was begun before a justice of the peace. The record does not show what was the cause of action. There is copied into the transcript an account of the plaintiffs against the defendant, but there is nothing to show that that account was the foundation of the action. We are not, therefore, sufficiently informed of the case to enable us to review the judgment of the Circuit Court.

Judgment affirmed. Judge Dryden concurs; Judge Bay absent.